THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Joe Lewis Robinson, Appellant.
 
 
 

Appeal From Hampton County
  Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2004-UP-441
 Submitted July 7, 2004  Filed August 23, 2004

APPEAL DISMISSED

 
 
 
 
 Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,  Chief Deputy Attorney General 
 John W. McIntosh,  Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Randolph  Murdaugh, III, of Hampton, 
 for Respondent.
 
 
 

PER CURIAM:  Joe Lewis Robinson appeals 
 his conviction for armed robbery, arguing the trial court erred in allowing 
 the victim to identify him as the culprit.  Specifically, Robinson argues the 
 court erred by allowing the solicitor to elicit testimony from the victim that 
 the victim picked Robinson out of a photo-lineup two days after the robbery.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Robinsons counsel 
 attached a petition to be relieved, stating he has reviewed the record and concluded 
 the appeal lacks merit.  Robinson filed a separate pro se brief 
 which we have considered.  After a thorough review of the record pursuant to 
 Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss the appeal and grant counsels petition to be relieved.  
APPEAL DISMISSED. 
 [1] 
HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 
 [1]        We decide this case without oral argument pursuant to Rule 
 215, SCACR.